Michael J. DiMattia
Philip A. Goldstein
McGuireWoods LLP
1345 Avenue of the Americas, 7th Floor
New York, New York 10105-0106
(212) 548-2100
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x
GEORGE PAUL CHAMBERS,                          :
                                               :
                Plaintiff,           : Case No: 14 CV 8215 (ER)
                                               :
                                               : **DEFENDANT'S FRCP 7.1**
        v.                           : **CORPORATE DISCLOSURE**
                                               : **STATEMENT**
GENPACT LLC,                                   :
                                               :
                Defendant.           :
------------------------------------------------------------------ x

        Pursuant to Federal Rule of Civil Procedure 7.1 and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Genpact LLC in the above-captioned action certifies that Genpact LLC is ultimately wholly-owned by Genpact Limited, a Bermuda company whose shares are publicly traded on the NYSE under the symbol G. Genpact Limited has no parent company, and to its knowledge no other publicly-held corporation owns 10% or more of its outstanding common shares.

Dated: New York, New York
March 6, 2015

                             **McGUIREWOODS LLP**

By: /s/ Philip A. Goldstein
     Michael J. DiMattia
     Philip A. Goldstein
     McGuireWoods LLP
     1345 Avenue of the Americas, 7th Floor
     New York, New York 10105-0106
     *mdimattia@mcguirewoods.com*
     *pagoldstein@mcguirewoods.com*
     (212) 548-2100
     *Counsel for Defendant*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on the following counsel of record via notice delivered by the Court's CM/ECF system on this 6th day of March 2015

>The Ottinger Firm, P.C.
>Robert Ottinger
>George D. Vallas
>401 Park Avenue South
>New York, NY 10016

>/s/ Philip A. Goldstein

64895244_1.docx